UNITED STATES BANKRUPTCY COURT
NORTHERN DIVISION OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SAMIR HAZBIC | ) | CASE NO. 11-14021 |
| AMELA HAZBIC | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF DEPOSIT OF SMALL DIVIDENDS

Comes now R. David Boyer, Trustee, and shows the Court as follows:

1. That R. David Boyer is the duly appointed and acting trustee in the above-captioned case and as such, holds unclaimed funds of this estate.

2. That pursuant to 11 U.S.C. § 347, the unclaimed funds should be deposited into the U.S. Treasury Fund on behalf of the following creditor:

| Creditor | Last known address | Amount |
|---|---|---|
| City Utilities | 200 E. Berry St. Ste. 130<br>Fort Wayne, IN 46802 | $3.29 |
| American Electric Power | PO Box 2021<br>Roanoke, VA 24022-2121 | $3.71 |
| American InfoSource LP as agt for T Mobile/T-Mobile USA Inc. | PO Box 248848<br>Oklahoma City, OK 73124-8848 | $4.00 |

3. Trustee believes that it is appropriate that the total sum of $11.00 set forth in paragraph 2 be paid to the U.S. Treasury Fund for the use and benefit of the parties set forth herein.

Respectfully submitted this 23rd day of August, 2013.

/s/R. David Boyer
R. DAVID BOYER, Trustee in Bankruptcy
BOYER & BOYER
927 S Harrison Street, Suite 200E
Fort Wayne, Indiana 46802
(260)407-7123
e-mail: db1@boyerlegal.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached document was sent by either electronically filing or by ordinary mail, postage prepaid, on this 23rd day of August, 2013 to the following creditors and interested parties:

**Notice will be electronically mailed to:**
United States Trustee   ustpregion10.so.ecf@usdoj.gov

**Notice will be mailed by ordinary mail, postage prepaid to:**
City Utilities, 200 E. Berry St. Ste. 130, Fort Wayne, IN 46802
American Electric Power, PO Box 2021, Roanoke, VA 24022-2121
Amer. InfoSource LP as agt for T Mobile/T-Mobile USA, PO Box 248848, Oklahoma City, OK 73124-8848

/s/ Angela R. Lee
Angela R. Lee